```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X    O R D E R
BHAGWAHDATT PERSAUD,

                Plaintiff,             CV-06-3119 (JG)

     -against-

URS MIDWEST, INC., et al.,

                Defendants.
----------------------------------X
```

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUN 29 2006 ★ BROOKLYN OFFICE

An initial conference will be held in the above-captioned case on July 25, 2006, at 11:30 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

<u>Defendant's counsel is requested to confirm with plaintiff's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
       June 26, 2006

                                       s/Joan M. Azrack
                                       _____
                                       JOAN M. AZRACK
                                       UNITED STATES MAGISTRATE JUDGE